[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 18-10897
Non-Argument Calendar

_____

D.C. Docket No. 6:16-cr-00256-CEM-TBS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TROY BENNETT,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(May 10, 2019)

Before, TJOFLAT, JORDAN, and FAY, Circuit Judges.

PER CURIAM:

Troy Bennett appeals his 300-month sentence, which the district court imposed pursuant to the Armed Career Criminal Act, 18 U.S.C. § 924(e).  We affirm because both of Mr. Bennett's arguments are foreclosed by Eleventh Circuit precedent.  *See United States v. Hill*, 799 F.3d 1318, 1323 (11th Cir. 2015) (holding that a conviction for resisting an officer with violence pursuant to Fla. Stat. §843.01 is a violent felony under the ACCA's elements clause); *United States v. Smith*, 775 F.3d 1262, 1267-68 (11th Cir. 2014) (holding that a conviction for possession of cocaine with the intent to distribute pursuant to Fla. Stat. §893.13 is a serious drug offense under the ACCA).  We recognize Mr. Bennett's arguments that cases like *Hill* and *Smith* were incorrectly decided, but we are nevertheless bound to follow them.  *See, e.g., Smith v. GTE Corp.*, 236 F.3d 1292, 1303 (11th Cir. 2001).

**AFFIRMED.**